IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD LEE CARTER                                                                                      PETITIONER
ADC #109307

v.                                           NO. 5:10CV00256 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                               RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby granted in favor of Respondent Ray Hobbs. Edward Lee Carter's 28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED, and this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE